Krista M. Enns (CA 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
kenns@beneschlaw.com

Attorneys for Defendants SmileDirectClub, LLC, SDC Financial LLC, SmileDirectClub, Inc., David Katzman, Steven Katzman, Jeffrey Sulitzer, Sulitzer Professional Corporation, Alex Fenkell, Jordan Katzman, and Camelot Venture Group

**IN THE UNITED STATE DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMILEDIRECTCLUB, LLC; SDC FINANCIAL LLC; SMILEDIRECTCLUB, INC; DAVID KATZMAN; STEVEN KATZMAN; JEFFREY SULITZER; SULITZER PROFESSIONAL CORPORATION; ALEX FENKELL; JORDAN KATZMAN; CAMELOT VENTURE GROUP, <br><br> Defendants. | Case No. 3:23-cv-00023 <br><br> **DEFENDANTS' STATEMENT OF ISSUE TO BE PRESENTED ON APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 10(b)(3)(A), Defendants hereby state that the issue to be presented on appeal is as follows:

1. Did the district court err by ordering Plaintiff to file on the public docket portions of the Complaint that reference and quote from a confidential arbitration award that incorporates Defendant's confidential business information?

Dated: February 24, 2023

Respectfully submitted,

*s/ Krista M. Enns*
KRISTA M. ENNS (CA 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
Email: kenns@beneschlaw.com

Attorneys for Defendants SmileDirectClub, LLC, SDC Financial LLC, SmileDirectClub, Inc., David Katzman, Steven Katzman, Jeffrey Sulitzer, Sulitzer Professional Corporation, Alex Fenkell, Jordan Katzman, and Camelot Venture Group