Krista M. Enns (CA 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
kenns@beneschlaw.com

Nicholas J. Secco (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone:   312.212.4949
nsecco@beneschlaw.com

Attorneys for Defendants SmileDirectClub, LLC, SDC Financial LLC, SmileDirectClub, Inc., David Katzman, Steven Katzman, Jeffrey Sulitzer, Sulitzer Professional Corporation, Alex Fenkell, Jordan Katzman, and Camelot Venture Group

### IN THE UNITED STATE DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMILEDIRECTCLUB, LLC; SDC FINANCIAL LLC; SMILEDIRECTCLUB, INC; DAVID KATZMAN; STEVEN KATZMAN; JEFFREY SULITZER; SULITZER PROFESSIONAL CORPORATION; ALEX FENKELL; JORDAN KATZMAN; CAMELOT VENTURE GROUP,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00023-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: (1) DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS; AND (2) EXTENDING TIME TO RESPOND TO ALIGN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 66)** |

**STIPULATION AND [PROPOSED] ORDER**

Defendants SmileDirectClub, LLC; SDC Financial, LLC; SmileDirectClub, Inc.; David Katzman; Steven Katzman; Jeffrey Sulitzer; Jeffrey Sulitzer, DMD, Professional Corporation; Alex Fenkell; Jordan Katzman; and Camelot Venture Group ("Defendants"), on the one hand, and Plaintiff Align Technology, Inc. ("Align"), on the other hand, by and through their undersigned counsel, hereby stipulate and agree as follows, subject to order of the court:

1. Defendants may file a consolidated reply brief in support of their motions to dismiss, up to 30 pages in length;

2. Defendants' deadline to respond to Align's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 66) shall be extended to April 13, 2023.

Dated: April 6, 2023

By: *s/ Jameson Jones*
    Jameson Jones (*pro hac vice*)
    BARTLIT BECK LLP

Attorneys for Plaintiff, Align Technology, Inc.

Respectfully submitted,

By: *s/ Krista M. Enns*
    KRISTA M. ENNS (CA 206430)
    BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Attorneys for Defendants SmileDirectClub, LLC, *et al.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 11, 2023

_____
EDWARD M. CHEN
United States District Judge

1

**STIPULATION AND [PROPOSED] ORDER RE: (1) DEFENDANTS' REPLY; AND (2) EXTENDING TIME TO RESPOND TO ALIGN'S ADMIN. MOTION (DKT. 66)**
Case No. 3:23-cv-00023-EMC