UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, LLC; SDC FINANCIAL LLC; SMILEDIRECTCLUB, INC; DAVID KATZMAN; STEVEN KATZMAN; JEFFREY SULITZER; SULITZER PROFESSIONAL CORPORATION; ALEX FENKELL; JORDAN KATZMAN; CAMELOT VENTURE GROUP,<br><br>    Defendants. | Case No. 23-cv-00023-EMC<br><br>**ORDER TO SHOW CAUSE** |

Parties were given due notice of status conference held on November 7, 2023. Counsel for Defendants failed to appear. The Court hereby orders Defendants to Show Cause as to why Defendants' counsel should not be sanctioned for failure to appear. Defendants shall respond by November 14, 2023.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
EDWARD M. CHEN
United States District Judge